UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANNY "WAYNE" TYSON | : | CASE NO. 3:09-CV-00875-RET-DLD |
| | : | |
| VERSUS | : | |
| | : | |
| JACOBS FIELD SERVICES NORTH AMERICA, INC. | : | |
| | : | |

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Danny "Wayne" Tyson, who files this Motion to Remand in the above captioned matter. As set forth in the attached memorandum, defendant, Jacobs Field Services North America, Inc. ("Jacobs"), has not satisfied its burden of proof in establishing complete diversity of citizenship in order to maintain subject matter jurisdiction under 28 U.S.C. § 1332. Specifically, it has not been shown by Jacobs that its principal place of business is in the State of Texas to support diversity. Rather, the evidence shows that Jacobs' ties to the State of Louisiana are significant both in terms of its business operations and as a litigant in various state court proceedings so as to conclude that Louisiana serves as Jacobs principal place of business thereby eliminating any diversity between the parties.

WHEREFORE, plaintiff prays that this Honorable Court grant this Motion to Remand and order this action delivered back to the Nineteenth Judicial District Court, State of Louisiana, where the lawsuit originated.

Respectfully submitted,

BOGGS, LOEHN & RODRIGUE

/s/ Thomas E. Loehn
THOMAS E. LOEHN (#8663)
CHARLES K. CHAUVIN (#27403)
3616 South I-10 Service Rd. W, #109
Metairie, Louisiana 70001
Telephone (504) 828-1202

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, I electronically filed the foregoing "Motion to Remand" with the Clerk of court by using the CM/ECF system, which will send an electronic notice to John P. Murrill, Esq.

/s/ Thomas E. Loehn