UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNY "WAYNE" TYSON

VERSUS

JACOBS FIELD SERVICES NORTH
AMERICA, INC.

CIVIL ACTION

NO. 09-875-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 13, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion to remand (rec.doc.4) is denied.

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA