UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DANNY "WAYNE" TYSON

VERSUS

JACOBS FIELD SERVICES
NORTH AMERICA, INC.

CIVIL ACTION

NO. 09-875-BAJ-DLD

## RULING

Having carefully considered plaintiff's motion to remand (doc. 45), the record, the law applicable to this action, the Report and Recommendation of the United States Magistrate Judge dated November 14, 2011 (doc. 50), and defendants' objection to the Report and Recommendation (doc. 51);

The Court hereby approves the Report and Recommendation and adopts it as its own opinion herein. Accordingly, the motion to remand (doc. 45) is **GRANTED**, and the pending motion by plaintiff for leave to file a response to defendants' objection is **TERMINATED** as moot.

Baton Rouge, Louisiana, December 21, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA